**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**ALEXIS SANCHEZ, #T1019**

**Plaintiff,**

**vs.** **CASE NO. 4:11cv13-SPM/WCS**

**SECRETARY, DEPARTMENT. OF CORRECTIONS, et al.,**

**Defendants.**
**_______________________________/**

**REPORT AND RECOMMENDATION**

This cause is before me upon referral from the Clerk. In an order filed January 14, 2011, Plaintiff was directed to submit an initial partial filing fee in the amount of $3.27 by February 14, 2011, and instructed the agency having custody of Plaintiff to forward the balance due of the filing fee in monthly payments from Plaintiff's account, pursuant to the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). Plaintiff was advised that his failure to respond as instructed in each order would result in a recommendation of dismissal of this action. Doc. 4. On March 31, 2011, Plaintiff filed a motion for reconsideration, doc. 6, which was granted on May 4, 2011, doc. 7, and the Plaintiff was directed to submit his inmate bank statement for the months of November 1, 2010 to April 30, 2011, so that the court could determine if he

would be allowed to proceed without paying the initial partial filing fee. To date, however, Plaintiff has failed to comply with that order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with orders of this court his complaint should now be dismissed without prejudice.[1]

The Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, this 20th day of June, 2011.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

[1] Dismissal of this action does not relieve Plaintiff of the obligation to pay the full filing fee in this case. Thus the court's order granting leave to proceed *in forma pauperis*, in which plaintiff was directed to submit the initial partial filing fee and the agency having custody of plaintiff was instructed to forward monthly payments from Plaintiff's prison account towards the balance due of the filing fee, remains in effect.

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**